HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN E. LOVE, | ) Civil No. C07-04978 MMC |
| Plaintiff, | ) |
| v. | ) STIPULATION; ~~AND~~ ORDER |
| | ) EXTENDING TIME FOR PLAINTIFF TO |
| MICHAEL J. ASTRUE, | ) FILE MOTION FOR SUMMARY |
| Commissioner, | ) JUDGMENT; ORDER DIRECTING |
| Social Security Administration, | ) PARTIES TO INFORM COURT WHETHER |
| | ) THEY CONSENT TO MAGISTRATE |
| Defendant. | ) JUDGE FOR ALL PURPOSES |
| _____ | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, March 5, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (15) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1
2                                          SCOTT N. SCHOOLS
                                           United States Attorney
3
4                                          (verbal authorization given by
                                           Ms. Montano via telephone)
5   Dated: February 4, 2008                */s/*_____
6                                          DONNA M. MONTANO
                                           Special Assistant U.S. Attorney
7
8
9
10  Dated: February 4, 2008                */s/*_____
11                                         HARVEY P. SACKETT
                                           Attorney for Plaintiff
12                                         LYNN E. LOVE
13
14
    IT IS SO ORDERED.   Further, neither party has complied with the Court's January 4, 2008
15  order directing the parties to inform the Court whether they consent to a have a magistrate judge
    conduct all further proceedings in the instant action; the parties are further DIRECTED to so
16  inform the Court no later than February 15, 2008.
17  Dated:  February 5, 2008                _____
                                            HON. MAXINE M. CHESNEY
18                                          United States District Judge
19
20
21
22
23
24
25
26
27
28

                                          2
STIPULATION AND ORDER