HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN E. LOVE, | Civil No. C07-04978 BZ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (45) days up through and including Monday, April 21, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (18) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

1

2

JOSEPH P. RUSSONIELLO
United States Attorney

3

4

Dated: February 29, 2008

5

/s/_____
DONNA M. MONTANO
Special Assistant U.S. Attorney

6

7

8

9

Dated: February 29, 2008

10

/s/_____
HARVEY P. SACKETT
Attorney for Plaintiff
LYNN E. LOVE

11

12

13

IT IS SO ORDERED.    This is plaintiff's last extension.

14

15

16

Dated:   March 3, 2008

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER