HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN E. LOVE, | No.:  C-07-04978 BZ |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

1          JOSEPH P. RUSSONIELLO
           United States Attorney

2

3

4

Dated: April 18, 2008     /s/_____

5          DONNA M. MONTANO
           Special Assistant U.S. Attorney

6

7

8

9 Dated:  April 18, 2008    /s/_____

10         HARVEY P. SACKETT
           Attorney for Plaintiff

11         LYNN E. LOVE

12

13 IT IS SO ORDERED.

14

15 Dated: _April 22, 2008_____

16         HON. BERNARD ZIMMERMAN
           United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION AND ORDER